**Nos. 2020-2053, -2292**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

GMG PRODUCTS LLC,

*Appellant*,

v.

TRAEGER PELLET GRILLS LLC,

*Appellee*.

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos. PGR2019-00024 and PGR2019-00036.

## APPELLANT GMG PRODUCTS LLC'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant GMG Products LLC hereby moves to dismiss the above-captioned consolidated appeals (Nos. 2020-2053, -2292) from the decisions of the United States Patent and Trademark Office, Patent Trial and Appeal Board in Post Grant Review Nos. PGR2019-00024 and PGR2019-00036. Each side shall bear its own attorney's fees and costs relevant to this appeal. Counsel for Appellee has stated that they do not oppose this motion and will not file a response.

- 2 -

Dated:  January 7, 2021                Respectfully submitted,

/s/ Gregory H. Lantier
GREGORY H. LANTIER
DAVID L. CAVANAUGH
RICHARD A. CRUDO
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000

*Counsel for Appellant*
*GMG Products LLC*

# CERTIFICATE OF INTEREST

Counsel for Appellant GMG Products LLC certifies the following:

**1. Represented Entities**. Fed. Cir. R. 47.4(a)(1). Provide the full names of all entities represented by undersigned counsel in this case.

GMG Products LLC

**2. Real Party in Interest**. Fed. Cir. R. 47.4(a)(2). Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.

None.

**3. Parent Corporations and Stockholders**. Fed. Cir. R. 47.4(a)(3). Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.

None.

**4. Legal Representatives**. List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

WILMER CUTLER PICKERING HALE AND DORR LLP: Richard Goldenberg, Jeffrey Soller

**5. Related Cases**. Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s) for this case. Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

*Traeger Pellet Grills LLC v. GMG Products LLC*, No. 2:20-cv-02161 (D. Nev.), and *In the Matter of Certain Cloud-Connected Wood-Pellet Grills and Components Thereof*, Inv. No. 337-TA-3510 (I.T.C.).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

None.

Dated: January 7, 2021

/s/ Gregory H. Lantier
GREGORY H. LANTIER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because:

1. The filing has been prepared using a proportionally-spaced typeface and includes 82 words.

2. The motion has been prepared in proportionally spaced typeface using Microsoft Word 2016 in 14 point Times New Roman font. As permitted by Fed. R. App. P. 32(g), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

January 7, 2021

/s/ Gregory H. Lantier
GREGORY H. LANTIER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

# CERTIFICATE OF SERVICE

I hereby certify that, on this 7th day of January, 2021, I filed the foregoing with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ Gregory H. Lantier
GREGORY H. LANTIER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
(202) 663-6000

January 7, 2021